

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jon Cazares<br><br>Plaintiff,<br>V.<br>CITY OF EL CENTRO, a public entity; BRIAN JOHNSON, as Chief of the El Centro Police Department; and DOES 1-10, inclusive<br><br>Defendant. | Civil Action No. 20-cv-01571-BEN-RBM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' Motion to Dismiss is GRANTED. Plaintiff's First Claim for Relief, alleging USERRA violations, fails to state a plausible claim for relief and is dismissed WITH PREJUDICE. Because the First Claim for Relief is the only claim arising under federal law and has been dismissed, the Court exercises its discretion to decline supplemental jurisdiction over the remaining state law claims. Claims Two Through Seven are dismissed WITHOUT PREJUDICE. Defendant's Request for Judicial Notice is DENIED. The Clerk of the Court is directed to close the case.

| | |
|---|---|
| **Date:** 3/3/21 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ M. Exler<br>M. Exler, Deputy |